**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JERRY L. SYLVE, | ) | No. CV 06-1786 R (CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| A.P. KANE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:      4-23-10

_____
MANUEL L. REAL
United States District Judge

1